**STATE of Missouri, Respondent,**

v.

**Alban PONTE, Appellant.**

**No. WD 64106.**

Missouri Court of Appeals,
Western District.

June 28, 2005.

Irene C. Karns, State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim and Alison Brown, Assistant Attorneys General, Jefferson City, MO, for Respondent.

Before: ELLIS, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Alban Ponte appeals from the judgment entered upon his conviction by a jury of the class D felony of possession of drug paraphernalia with intent to manufacture methamphetamine.

Affirmed. Rule 30.25(b).